United States Courts
Southern District of Texas
ENTERED

AUG 0 5 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW ERA OF NETWORKS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. H-01-1841 |
| § | |
| GREAT NORTHERN INSURANCE § | |
| COMPANY; FEDERAL INSURANCE § | |
| COMPANY; and HARTFORD FIRE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendants. § | |

## ORDER

IT IS HEREBY ORDERED that Defendant Hartford's Motion for Leave to Exceed the Court's Page Limitation for Motions **(Instrument No. 106)** is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Exceed the Court's Page Limitation for Motions with Respect to Its Reply Brief **(Instrument No. 148)** is **GRANTED**.

IT IS FURTHER ORDERED that Defendants' Motion and Brief Seeking to Invade the Attorney/Client and Attorney Work Product Privileges **(Instrument No. 68)**, Defendants' Motion for Leave to Depose Additional Fact Witnesses and Motion for Leave to Depose Attorney Fact Witness **(Instrument No. 102)**, Plaintiff's Motion to Exclude Defendants' Experts Veitch, Beck, and Schrader and Their Testimony **(Instrument No. 125)**, Defendant's Opposed and Unopposed Motion to Trifurcate Trial **(Instrument No. 128)**, Defendant Hartford's Motion to Exclude Plaintiff's Expert Witness, Donald Bendure **(Instrument No. 130)**, Defendant Hartford's Motion to Exclude Plaintiff's Expert Witness, James E. O'Malley **(Instrument No. 131)**, Defendants'

174

Motion to Exclude Evidence Challenging Late Notice and Prejudice **(Instrument No. 134)** and Defendants' Motion to Exclude Expert Testimony **(Instrument No. 135)** are **DENIED as moot.**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 3rd day of August, 2003, at Houston, Texas.

                                        **VANESSA D. GILMORE**
                                        **UNITED STATES DISTRICT JUDGE**